On Rehearing
PER CURIAM.
The defendant was convicted of murder, La.R.S. 14:30 and was given the death sentence. We affirmed the conviction (see the original opinion). However a rehearing was granted to determine the validity of the death sentence imposed herein.
After this appeal was taken, the-United States Supreme Court decided Furman v. Georgia, 408 U.S. 238, 92 S.Ct. 2726, 33 L.Ed.2d 346 (1972), which holds that the-imposition of the death penalty under statutes similar to Louisiana’s constitutes cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. Accordingl}', we remand this case to the 22nd Judicial District Court, with instructions to the judge to sentence the defendant to life imprisonment. State v. Franklin, 263 La-344, 268 So.2d 249.
Case remanded.